FILED

February 26, 2016

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )          Case No. 2:16-CR-00024-MCE
            Plaintiff,             )
                                   )          ORDER FOR RELEASE OF
v.                                 )          PERSON IN CUSTODY
                                   )
HELAMAN HANSEN,                    )
                                   )
            Defendant.             )

TO:    UNITED STATES MARSHAL:

       This is to authorize and direct you to release  HELAMAN HANSEN , Case No.  2:16-CR-

00024-MCE  , Charge  18USC § 1349, 1341, 1343  , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

       ___    Release on Personal Recognizance

       ___    Bail Posted in the Sum of $_____

              ___    Unsecured Appearance Bond

              ___    Appearance Bond with 10% Deposit

              ___    Appearance Bond with Surety

              ___    Corporate Surety Bail Bond

              ✔    (Other)        Pretrial conditions as stated on the record.

       This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

       Issued at  Sacramento, CA  on  February 26, 2016  at  2:00 pm  .


                              By    /s/ Allison Claire/s/ Allison Claire
                                    Allison Claire
                                    United States Magistrate Judge

Copy 2 - Court