HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>HELAMAN HANSEN,<br><br>　　　　　　Defendant. | Case No.  2:16-CR-0024 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:　March 10, 2016<br>Time:　9:00 a.m.<br>Judge: Hon. Morrison C. England |

　　　It is hereby stipulated and agreed between defendant, Helaman Hansen, and plaintiff, United States of America, that the status conference scheduled for March 10, 2016, may be continued to April 14, 2016, at 9:00 a.m.

　　　Mr. Hansen was arraigned on February 12, 2016 and was ordered released last week.  The parties anticipate producing and reviewing a large volume of discovery over the coming weeks and the government continues to review seized records.   The parties hope to have a better estimate by mid-April of the time they will need to disclose and review discovery.  They therefore ask the Court to continue the status conference to April 14, 2016, and to exclude through that date to give them adequate time to prepare,

-1-

pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).  The parties agree that the interests of justice to be served by this continuance outweigh the best interests of the public and Mr. Hansen in a speedy trial, and ask the Court to so find.

          Respectfully Submitted,

          HEATHER E. WILLIAMS
          Federal Defender

Dated:  March 7, 2016          /s/ T. Zindel
          TIMOTHY ZINDEL
          Assistant Federal Defender
          Attorney for HELAMAN HANSEN

          BENJAMIN WAGNER
          United States Attorney

Dated:  March 7, 2016          /s/  T. Zindel for A. Espinosa
          ANDRE ESPINOSA
          Assistant U.S. Attorney

## O R D E R

The status conference set for March 10, 2016 is continued to April 14, 2016, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through April 14, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated:  March 10, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT