HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:16-CR-0024 MCE |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| HELAMAN HANSEN, | ) | |
| Defendant. | ) | Date: July 28, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Helaman Hansen, and plaintiff, United States of America, that the status conference scheduled for July 28, 2016, may be continued to August 11, 2016, at 10:00 a.m.

The government anticipates producing extensive additional discovery over the coming weeks and the parties continue to review seized records.   The parties hope to have a better estimate by mid-August of the time they will need to review discovery. They therefore ask the Court to continue the status conference to August 11, 2016, and to exclude through that date to give them adequate time to prepare, pursuant to Title 18,

United States Code, Section 3161(h)(7)(A) and (B)(iv).  The parties agree that the interests of justice to be served by this continuance outweigh the best interests of the public and Mr. Hansen in a speedy trial, and ask the Court to so find.

                                      Respectfully Submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Dated:  July 21, 2016                /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for HELAMAN HANSEN

                                      BENJAMIN WAGNER
                                      United States Attorney

Dated:  July 21, 2016                /s/  T. Zindel for A. Espinosa
                                      ANDRE ESPINOSA
                                      Assistant U.S. Attorney

## O R D E R

      The status conference set for July 28, 2016, is VACATED and CONTINUED to August 11, 2016, at 10:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through August 11, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

      IT IS SO ORDERED.

Dated:  July 29, 2016

                                      MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE