# AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Hansen, Helaman
No. 2:16-cr-0024 MCE
Date: October 5, 2016

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;
2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;
3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
4. You shall cooperate in the collection of a DNA sample;
5. Your travel is restricted to Eastern District of California unless otherwise approved in advance by the pretrial services officer;
6. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;
7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;
8. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;
9. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;
10. You shall not facilitate, encourage, participate in, or otherwise provide immigration advice of any kind, including but not limited to adult adoptions in pursuit of citizenship, obtaining U visas, or obtaining other types of visas;
11. You shall have no direct or indirect contact whatsoever with customers of AHA's Migration Program, including any adoptive parents of those customers or others involved in the facts that form the basis of the charges against you, whether or not such person is referred to in the Indictment against you;
12. You shall not facilitate, encourage, participate in, or otherwise provide advice of any kind about adult adoption in any jurisdiction;
13. You shall not instruct or encourage any person, including any former or current agent or employee of AHA or any of AHA's affiliate entities, to engage in conduct you are prohibited from engaging in by conditions 10 – 12;
14. You shall not post any video to any YouTube page, any social media website, or any other publicly available Internet website;
15. You shall promptly take down the websites of AHA and all AHA affiliate organizations over which you have control; and
16. You shall not post anything to the Internet or use email to communicate except to communicate with your defense team and family or unless otherwise expressly approved by your Pretrial Services Officer after consultation with counsel for the United States.