PHILLIP A. TALBERT
Acting United States Attorney
ANDRÉ M. ESPINOSA
KATHERINE T. LYDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00024-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING TRIAL FROM DECEMBER 5, 2016 UNTIL APRIL 17, 2017, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| HELAMAN HANSEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the parties and their respective counsel, Assistant United States Attorneys André M. Espinosa and Katherine T. Lydon on behalf of the United States of America, and Timothy Zindel ("Defense Counsel"), attorney for defendant Helaman Hansen ("Defendant"), as follows:

1.      By previous order of the Court and the request of the parties, this matter was set for trial on December 5, 2016.

2.      To date, the United States has delivered to Defense Counsel approximately 2,300 pages of discovery in electronic and other formats, together with several DVDs containing audio and video recordings.

3.      The United States has also made available for inspection by Defense Counsel certain additional discovery comprised of approximately twenty-five to thirty-five boxes of documents and other material seized by investigators from Defendant's offices, home, and other locations.

Stipulation & Order

4.      Additionally, the United States has made available for inspection by Defense Counsel electronic data from more than forty electronic devices seized by investigators from Defendant's offices, home and other locations.  That electronic data, is currently comprised of more than fifteen terabytes of data and is expected to increase.

5.      Since it seized the material referenced above in Paragraph 3, the United States has converted that material into electronic format.  This week, the United States will deliver to Defense Counsel a hard drive containing those documents, approximately 64,000 pages in total.

6.      The parties stipulate and agree that Defense Counsel requires additional time to review the substantial additional discovery in this matter.

7.      Furthermore, after significant review and preparation in this matter, the United States expects to call at least approximately twenty-four witnesses at trial.

8.      The parties agree and stipulate that, even if Defendant presented no case at trial, the current schedule of six trial days is likely insufficient to permit introduction of all relevant testimony.

9.      By this stipulation, the parties now jointly move to continue the trial in this matter from the currently scheduled date of December 5, 2016, to April 17, 2017.  The parties further request that the Court allocate four weeks for trial and that the Court exclude time between November 3, 2016, and April 17, 2017, under Local Code T4.

10.     The parties also request that the Court order the following schedule:

a.  Pursuant to Rule 12(c) of the Federal Rules of Criminal Procedure, all pretrial motions required under Rule 12(b) must be filed no later than February 2, 2017.

b.  Any opposition to those motions must be filed no later than February 16, 2017.

c.  Any reply to that opposition must be filed no later than February 23, 2017.

d.  A trial confirmation hearing shall be held on March 2, 2017, at 10:00 a.m., and any pending pretrial motions will be argued that day.

11.     Accordingly, the parties further agree and stipulate and request that the Court find the following:

a.  The government has produced a total of more than approximately 66,000 pages of

Stipulation & Order

2

discovery associated with this case, which includes approximately 64,000 pages of discovery delivered this week.

b.  The United States has made available for inspection by Defense Counsel electronic data from more than forty electronic devices, currently comprised of more than fifteen terabytes of data and which is expected to increase.

c.  The parties stipulate and agree that Defense Counsel requires additional time to review the substantial additional discovery in this matter, and that Defense Counsel believes that failure to grant the above-requested continuance would deny Defense Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.  Additionally, the parties agree that the current schedule of six trial days is insufficient to permit introduction of all relevant testimony.

e.  The parties jointly: (i) move to continue the trial in this matter from December 5, 2016, to April 17, 2017; (ii) request that the Court allocate four weeks for trial; (ii) request that the Court exclude time between November 3, 2016, and April 17, 2017, under Local Code T4; and request that the Court establish a briefing schedule for pretrial motions required under Rule 12(b), as set forth above in this proposed stipulation.

f.  Based on the above-stated findings, the ends of justice served by continuing the trial date in this matter outweigh the interest of the public and Defendant in a trial within the original date prescribed by the Speedy Trial Act.

g.  Consequently, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 3, 2016 through April 17, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' joint request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial.

Stipulation & Order

h.   The following schedule shall control:

    i.   Pursuant to Rule 12(c) of the Federal Rules of Criminal Procedure, all pretrial motions required under Rule 12(b) must be filed no later than February 2, 2017.

    ii.   Any opposition to those motions must be filed no later than February 16, 2017.

    iii.   Any reply to that opposition must be filed no later than February 23, 2017.

    iv.   A trial confirmation hearing shall be held on March 2, 2017, at 10:00 a.m., and any pending pretrial motions will be argued that day.

12.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated:  October 26, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
Assistant United States Attorney

Dated:  October 26, 2016

/s/ *Timothy Zindel*

Timothy Zindel
Counsel for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:  November 1, 2016

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order