UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HELAMAN HANSEN,<br><br>　　　　　Defendant. | No.  2:16-cr-00024-MCE<br><br>FINAL PRETRIAL ORDER<br><br>TRIAL DATE: April 17, 2017<br>TIME: 9:00 a.m. |

　　　　A Trial Confirmation Hearing was held on **March 2, 2017**.  Andre Espinosa and Katherine Lydon appeared as counsel for the United States.  Timothy Zindel appeared as counsel for the Defendant, Helaman Hansen.  After hearing, the Court makes the following findings and orders:

I.　　DATE AND LENGTH OF TRIAL

　　　　A trial is scheduled for **April 17, 2017**, at 9:00 a.m., in courtroom 7.  The estimated length of trial is twelve (12) days.  The Court will permit each side up to one (1) hour for closing arguments unless otherwise specifically ordered by the Court.  The United States of America will be permitted to reserve time for rebuttal purposes but will be required to monitor any time so reserved.

///

///

II.     MOTIONS IN LIMINE

Any motions in limine by either party shall be filed by **March 27, 2017**. Any opposition to those motions in limine shall be filed by **April 3, 2017**. Any reply shall be filed by **April 10, 2017**. Hearing on the motions in limine is **April 13, 2017**, at 11:00 a.m., in Courtroom 7.

III.    AGREED STATEMENTS - JOINT STATEMENT OF CASE

It is <u>mandatory</u> the parties file a short, jointly-prepared statement concerning the nature of this case that will be read to the jury at the commencement of trial. The joint statement of the case shall include in plain concise language the claims of the United States of America and claims of other parties, if any. The purpose of the joint statement of the case is to inform the jury at the outset what the case is about. The statement must be filed by **April 10, 2017**.

IV.     WITNESSES

The parties are ordered to file their respective witness lists on **April 10, 2017**. Each party may call a witness designated by the other. The parties must expressly reserve the right to call additional witnesses at trial.

V.      EXHIBITS - SCHEDULES AND SUMMARIES

The parties are ordered to file their respective exhibit lists on **April 10, 2017**, in whatever format (i.e., hard copy or electronic) they agree upon. The parties must expressly reserve the right to offer additional exhibits at trial. No copies of exhibits, depositions and interrogatories shall be provided to the Clerk's Office or the Court. The parties are instead ordered to provide an electronic version of exhibits and their exhibit list to the Courtroom Deputy not later than **April 10, 2017**. The exhibit list should be in Microsoft Word and can be emailed to mceorders@caed.uscourts.gov. Exhibits shall be emailed to the same address. No email shall exceed 45 MB in size, and each email shall include in the subject line the case name, case number, and, if more than one email is submitted, a description indicating the number of emails being sent and the place the email occupies in the series (e.g., "1 of 10," "2 of 10," etc.).

If the exhibits are so numerous that submission will require in excess of 15 emails, the parties shall provide the electronic exhibits to the Courtroom Deputy on a jump drive (also known as, among other things, a flash drive, USB drive, etc.).  Unless otherwise ordered by the Court, the parties shall retain custody of any physical exhibits incapable of being submitted electronically and shall remain responsible for the custody of those exhibits throughout the duration of the trial.

**The United States of America's exhibits shall be listed numerically. Defendant's exhibits shall be listed alphabetically.**  The parties shall use the standard exhibit stickers provided by the Court Clerk's Office.  After three letters, note the number of letters in parenthesis (i.e., "AAAA(4)") to reduce confusion during the trial.  **All photographs must be marked individually**.

Each party may use an exhibit designated by the other.  In the event that The United States of America and the Defendant offer the same exhibit during trial, that exhibit shall be referred to by the designation the exhibit is <u>first identified</u>.  The Court cautions the parties to pay attention to this detail so that all concerned, including the jury, will not be confused by one exhibit being identified by both the United States of America and the Defendant.

VI. <u>PROPOSED JURY INSTRUCTIONS, VOIR DIRE, VERDICT FORM</u>

    A. <u>Jury Instructions</u>

Counsel shall primarily use the Ninth Circuit Model Jury Instructions and any revisions.  However, instructions or authority may be submitted for the Court for approval.  Attached for counsels' review are the Court's standard opening and closing instructions for your use, taken from the Ninth Circuit's Model Jury Instructions.  If counsel has no objections to the Court's use of these opening and closing instructions, counsel need not submit their own opening and closing instructions.

The instructions must be filed by **April 10, 2017**, and shall be identified as the "Jury Instructions Without Objection."

///

All instructions shall be, to the extent possible, concise, understandable, and free from argument. See Local Rule 163(c). Parties shall also note that any modifications of instructions from statutory authority, case law or from any form of pattern instructions must specifically state the modification by underlining additions and bracketing deletions.

### B.	Verdict Form

The parties are ordered to file their respective proposed verdict form(s) on **April 10, 2017**.

### C.	Voir Dire

The parties are ordered to file their respective proposed voir dire on **April 10, 2017**. The Court reserves the right to conduct all examination of prospective jurors. Notwithstanding this reservation, the Court will permit each side up to ten (10) minutes to conduct further voir dire, if desired. The voir dire questions shall be filed with the Court by **April 10, 2017**.

### D.	Submission of Documents to the Court

At the time of filing their respective proposed jury instruction(s), verdict form(s) and witness list(s), counsel shall also electronically mail these filings to the Court, in Microsoft Word format. These documents must be sent to: mceorders@caed.uscourts.gov.

## VII.	CHOICE NOT TO FILE DOCUMENTS

Should either party choose not to file a trial brief, witness list, exhibit list, proposed voir dire, proposed jury instructions, or proposed verdict forms, that party must notify the Court in writing by **March 27, 2017**, that it will not be filing such documents.

///
///
///
///
///
///

VIII. **AUDIO/VISUAL EQUIPMENT**

The parties are required to electronically file a joint request to the Courtroom Deputy Clerk, Stephanie Deutsch, by **March 27, 2017**, if they wish to reserve and arrange for orientation with all parties on the Court's mobile audio/visual equipment for presentation of evidence. There will be one date and time for such orientation and all trial counsel and any assisting staff must be present at the training.

Dated: March 3, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE