IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>HELAMAN HANSEN,<br><br>　　　　　　　Defendant. | CASE NO. 2:16-CR-00024 MCE<br><br>VERDICT FORM |

WE, THE JURY, FIND THE DEFENDANT, HELAMAN HANSEN, AS FOLLOWS:

<u>GUILTY</u>　　　<u>NOT GUILTY</u>

_____　　_____ of Count 1, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Vasiti Nailati Morrill mailed on or about July 7, 2014.

<u>GUILTY</u>　　　<u>NOT GUILTY</u>

_____　　_____ of Count 2, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Epeli Q. Vosa mailed on or about July 10, 2014.

<u>GUILTY</u>     <u>NOT GUILTY</u>

_____    _____   of Count 3, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Maraia Endo mailed on or about September 2, 2014.

<u>GUILTY</u>     <u>NOT GUILTY</u>

_____    _____   of Count 4, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Migration Program Application of Henrietta Ane Matakitoga mailed on or about September 3, 2014.

<u>GUILTY</u>     <u>NOT GUILTY</u>

_____    _____   of Count 5, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Mana E. Nailati mailed on or about December 19, 2014.

<u>GUILTY</u>     <u>NOT GUILTY</u>

_____    _____   of Count 6, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Gabriela Gonzalez Sevier mailed on or about April 22, 2015.

<u>GUILTY</u>     <u>NOT GUILTY</u>

_____    _____   of Count 7, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the I-TIN of Amete Bai Eberly mailed on or about May 19, 2015.

__GUILTY__          __NOT GUILTY__

of Count 8, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the I-TIN of Vasiti Nailate Morrill mailed on or about June 22, 2015.

_____          _____

__GUILTY__          __NOT GUILTY__

of Count 9, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Vikram Coutinho mailed on or about July 7, 2015.

_____          _____

__GUILTY__          __NOT GUILTY__

of Count 10, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the I-TIN of Tristan Neal Balangue mailed on or about July 10, 2015.

_____          _____

__GUILTY__          __NOT GUILTY__

of Count 11, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the I-TIN of Kinsimere Ranadi Morrill mailed on or about July 21, 2015.

_____          _____

__GUILTY__          __NOT GUILTY__

of Count 12, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the I-TIN of Emerson Rivas Sevier mailed on or about December 3, 2015.

_____          _____

__GUILTY__          __NOT GUILTY__

_____          _____          of Count 13, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Sam Tukana Dias mailed on or about August 4, 2016.

__GUILTY__          __NOT GUILTY__

_____          _____          of Count 14, Wire Fraud, in violation of Title 18, United States Code, Section 1343, regarding an electronic transfer, via Fedwire, of approximately $1,100 from a Bank of America account, on behalf of Pamela Joanna Heimuli, aka Pamela Joanna Vunileva, aka Pamela Joanna Auritt to a Chase Bank account controlled by Americans Helping America, on or about June 3, 2013.

__GUILTY__          __NOT GUILTY__

_____          _____          of Count 15, Wire Fraud, in violation of Title 18, United States Code, Section 1343, regarding an email from Henrietta Matakitoga Avoi delivering proof of payment for membership in the Migration Program, sent from Bremerton, WA to Native Hawaiians Pacific Islanders, in Sacramento, CA, on or about September 3, 2014.

__GUILTY__          __NOT GUILTY__

_____          _____          of Count 16, Wire Fraud, in violation of Title 18, United States Code, Section 1341, regarding the electronic transfer, via Fedwire, of approximately $3,500 from a Bank of America account, on behalf of Sachin Salian, to a Chase Bank account controlled by Americans Helping America, on or about June 4, 2015.

| | |
|---|---|
| <u>GUILTY</u>     <u>NOT GUILTY</u><br><br>_____  _____ | of Count 17, Encouraging and Inducing Illegal Immigration, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv), regarding Epeli Q. Vosa, between on or about January 19, 2014 and July 18, 2014. |
| <u>YES</u>     <u>NO</u><br><br>_____  _____ | If you found the defendant guilty of Count 17, do you find beyond a reasonable doubt that the offense was done for the purpose of commercial advantage or private financial gain? |
| <u>GUILTY</u>     <u>NOT GUILTY</u><br><br>_____  _____ | of Count 18, Encouraging and Inducing Illegal Immigration, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv), regarding Mana E. Nailate, between on or about August 10, 2014 and February 9, 2015. |
| <u>YES</u>     <u>NO</u><br><br>_____  _____ | If you found the defendant guilty of Count 17, do you find beyond a reasonable doubt that the offense was done for the purpose of commercial advantage or private financial gain? |

_____         _____
DATED                                                                                FOREPERSON