IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0024 MCE |
|---|---|
| Plaintiff, | ORDER DIRECTING DEFENSE COUSEL AND DR. WEBER TO IMMEDIATELY PRODUCE ALL REPORTS AND RESULTS OF EXAMINATIONS AND TESTS |
| v. | |
| HELAMAN HANSEN, | |
| Defendants. | |

The Court, having considered the arguments of counsel and the record before it, hereby finds that the documents sought by the Government pertaining to the examination of Defendant Helaman Hansen by defense expert Dr. Frank D. Weber are within Defendant's "possession, custody, and control." See Fed. R. Crim. P. 16(b)(1)(B). Accordingly, defense counsel are hereby ordered to immediately obtain, and Dr. Weber is hereby ordered to immediately produce, complete, un-redacted copies of any and all results or reports of any physical or mental examination and of any scientific test or experiment pertaining to Defendant, including but not limited to the:

    a. MCMI-III Interpretive Report with Grossman Facet Scales;

    b. MCMI-III Profile Report;

    c. MCMI-III Corrections Report;

    d. any other result, report, or set of responses pertaining to the MCMI-III.

///

All results or reports of any physical or mental examination and of any scientific test or experiment pertaining to Hansen shall be produced to government counsel by close of business on Monday, May 1, 2017.

IT IS SO ORDERED.

Dated: May 1, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE