1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,

CASE NO.  2:16-CR-00024 MCE

10                          Plaintiff,

VERDICT FORM

11                      v.

12   HELAMAN HANSEN,

13                          Defendant.

14
15      WE, THE JURY, FIND THE DEFENDANT, HELAMAN HANSEN, AS FOLLOWS:

16

17   <u>GUILTY</u>      <u>NOT GUILTY</u>

18   _____   _____   of Count 1, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Vasiti Nailati Morrill mailed on or about July 7, 2014.

19
20
21   <u>GUILTY</u>      <u>NOT GUILTY</u>

22   _____   _____   of Count 2, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Epeli Q. Vosa mailed on or about July 10, 2014.

23
24
25
26
27
28

GUILTY          NOT GUILTY

_____   _____   of Count 3, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Maraia Endo mailed on or about September 2, 2014.

GUILTY          NOT GUILTY

_____   _____   of Count 4, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the AHA Migration Program Application of Henrietta Ane Matakitoga mailed on or about September 3, 2014.

GUILTY          NOT GUILTY

_____   _____   of Count 5, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Mana E. Nailati mailed on or about December 19, 2014.

GUILTY          NOT GUILTY

_____   _____   of Count 6, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Gabriela Gonzalez Sevier mailed on or about April 22, 2015.

GUILTY          NOT GUILTY

_____   _____   of Count 7, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the I-TIN of Amete Bai Eberly mailed on or about May 19, 2015.

GUILTY          NOT GUILTY

_____   _____   of Count 8, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the I-TIN of Vasiti Nailati Morrill mailed on or about June 22, 2015.

GUILTY                NOT GUILTY

_____       _____

of Count 9, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Vikram Coutinho mailed on or about July 7, 2015.

GUILTY                NOT GUILTY

_____       _____

of Count 11, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the I-TIN of Kinsimere Ranadi Morrill mailed on or about July 21, 2015.

GUILTY                NOT GUILTY

_____       _____

of Count 12, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the I-TIN of Emerson Rivas Sevier mailed on or about December 3, 2015.

GUILTY                NOT GUILTY

_____       _____

of Count 13, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Sam Tukana Dias mailed on or about August 4, 2016.

GUILTY                NOT GUILTY

_____       _____

of Count 14, Wire Fraud, in violation of Title 18, United States Code, Section 1343, regarding an electronic transfer, via Fedwire, of approximately $1,100 from a Bank of America account in the name of Pamela J. Heimuli in Menlo Park, California, for Pamela Vunlileva's adoption fees, to a Chase Bank account controlled by Americans Helping America, on or about June 3, 2013.

GUILTY          NOT GUILTY

_____   _____

of Count 15, Wire Fraud, in violation of Title 18, United States Code, Section 1343, regarding an email from Henrietta Matakitoga Avoi delivering proof of payment for membership in the AHA Migration Program, sent from Washington to Native Hawaiians Pacific Islanders, in Sacramento, California, on or about September 3, 2014.

GUILTY          NOT GUILTY

_____   _____

of Count 16, Wire Fraud, in violation of Title 18, United States Code, Section 1341, regarding the electronic transfer, via Fedwire, of approximately $3,500 from a Bank of America account in the name of Sachin Salian of Pleasanton, California, to a Chase Bank account controlled by Americans Helping America, on or about June 4, 2015.

GUILTY          NOT GUILTY

_____   _____

of Count 17, Encouraging and Inducing Illegal Immigration, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv), regarding Epeli Q. Vosa, between on or about January 19, 2014 and July 18, 2014.

YES          NO

_____   _____

If you found the defendant guilty of Count 17, do you find beyond a reasonable doubt that the offense was done for the purpose of private financial gain?

GUILTY          NOT GUILTY

_____   _____

of Count 18, Encouraging and Inducing Illegal Immigration, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv), regarding Mana E. Nailati, between on or about August 10, 2014 and February 9, 2015.

YES          NO

_____   _____

If you found the defendant guilty of Count 18, do you find beyond a reasonable doubt that the offense was done for the purpose of private financial gain?

VERDICT FORM

4

1

2

3

4

_____                    _____
DATED                                    FOREPERSON

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28