PHILLIP A. TALBERT
United States Attorney
ANDRE M. ESPINOSA
KATHERINE T. LYDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HELAMAN HANSEN,<br><br>Defendant. | CASE NO. 2:16-CR-0024-MCE<br><br>GOVERNMENT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION<br><br>TRIAL DATE: April 17, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England |

The United States submits the below proposed supplemental jury instruction, Ninth Circuit Model Instruction 2.13 for the Court's review and consideration. The government bases its submission on the fact that the Court granted the government's unopposed motion to dismiss Count 10 of the Superseding Indictment. Accordingly, inclusion among the other jury instructions in this matter of Ninth Circuit Model Instruction 2.13, concerning dismissal of some charges against the defendant is appropriate.

Dated: May 7, 2017

PHILLIP A. TALBERT
United States Attorney

By:   /s/ ANDRÉ M. ESPINOSA
        ANDRÉ M. ESPINOSA
        KATHERINE T. LYDON
        Assistant United States Attorneys

1

INSTRUCTION NO.

At the beginning of the trial, I described the charges against the defendant. For reasons that do not concern you, Count 10 is no longer before you. Do not speculate about why the charge is no longer part of this trial.

The defendant is on trial only for the charges in Counts 1 through 9 and Counts 11 through 18. You may consider the evidence presented only as it relates to the remaining counts.

9TH CIR. CRIM. JURY INST. 2.13 (2010)

Plaintiff's Proposed Jury Instruction No. 28.5

GIVEN _____

GIVEN AS MODIFIED _____

REFUSED _____

WITHDRAWN _____

_____
JUDGE