IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:16-CR-00024 MCE |
| Plaintiff, | VERDICT FORM |
| v. | |
| HELAMAN HANSEN, | |
| Defendant. | |

WE, THE JURY, FIND THE DEFENDANT, HELAMAN HANSEN, AS FOLLOWS:

GUILTY          NOT GUILTY

_____    _____

of Count 1, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Vasiti Nailati Morrill mailed on or about July 7, 2014.

GUILTY          NOT GUILTY

_____    _____

of Count 2, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Epeli Q. Vosa mailed on or about July 10, 2014.

GUILTY             NOT GUILTY

_____    _____   of Count 3, Mail Fraud, in violation of Title 18, United States
                                      Code, Section 1341, regarding the Delayed Registration of Birth
                                      of Maraia Endo mailed on or about September 2, 2014.


GUILTY             NOT GUILTY

_____    _____   of Count 4, Mail Fraud, in violation of Title 18, United States
                                      Code, Section 1341, regarding the AHA Migration Program
                                      Application of Henrietta Ane Matakitoga mailed on or about
                                      September 3, 2014.


GUILTY             NOT GUILTY

_____    _____   of Count 5, Mail Fraud, in violation of Title 18, United States
                                      Code, Section 1341, regarding the Delayed Registration of Birth
                                      of Mana E. Nailati mailed on or about December 19, 2014.


GUILTY             NOT GUILTY

_____    _____   of Count 6, Mail Fraud, in violation of Title 18, United States
                                      Code, Section 1341, regarding the Delayed Registration of Birth
                                      of Gabriela Gonzalez Sevier mailed on or about April 22, 2015.


GUILTY             NOT GUILTY

_____    _____   of Count 7, Mail Fraud, in violation of Title 18, United States
                                      Code, Section 1341, regarding the I-TIN of Amete Bai Eberly
                                      mailed on or about May 19, 2015.


GUILTY             NOT GUILTY

_____    _____   of Count 8, Mail Fraud, in violation of Title 18, United States
                                      Code, Section 1341, regarding the I-TIN of Vasiti Nailati
                                      Morrill mailed on or about June 22, 2015.

GUILTY          NOT GUILTY

_____   _____

of Count 9, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Vikram Coutinho mailed on or about July 7, 2015.

GUILTY          NOT GUILTY

_____   _____

of Count 11, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the I-TIN of Kinsimere Ranadi Morrill mailed on or about July 21, 2015.

GUILTY          NOT GUILTY

_____   _____

of Count 12, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the I-TIN of Emerson Rivas Sevier mailed on or about December 3, 2015.

GUILTY          NOT GUILTY

_____   _____

of Count 13, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Sam Tukana Dias mailed on or about August 4, 2016.

GUILTY          NOT GUILTY

_____   _____

of Count 14, Wire Fraud, in violation of Title 18, United States Code, Section 1343, regarding an electronic transfer, via Fedwire, of approximately $1,100 from a Bank of America account, on behalf of Pamela Vunileva, to a Chase Bank account controlled by Americans Helping America, on or about June 3, 2013.

GUILTY       NOT GUILTY

_____    _____

of Count 15, Wire Fraud, in violation of Title 18, United States Code, Section 1343, regarding an email from Henrietta Matakitoga Avoi delivering proof of payment for her Migration Program membership, sent from Washington to Native Hawaiians Pacific Islanders, in Sacramento, California, on or about September 3, 2014.

GUILTY       NOT GUILTY

_____    _____

of Count 16, Wire Fraud, in violation of Title 18, United States Code, Section 1341, regarding the electronic transfer, via Fedwire, of approximately $3,500 from a Bank of America account, on behalf of Sachin Salian, to a Chase Bank account controlled by Americans Helping America, on or about June 4, 2015.

GUILTY       NOT GUILTY

_____    _____

of Count 17, Encouraging and Inducing Illegal Immigration, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv), regarding Epeli Q. Vosa, between on or about January 19, 2014 and July 18, 2014.

YES       NO

_____    _____

If you found the defendant guilty of Count 17, do you find beyond a reasonable doubt that the offense was done for the purpose of private financial gain?

GUILTY       NOT GUILTY

_____    _____

of Count 18, Encouraging and Inducing Illegal Immigration, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv), regarding Mana E. Nailati, between on or about August 10, 2014 and February 9, 2015.

YES       NO

_____    _____

If you found the defendant guilty of Count 18, do you find beyond a reasonable doubt that the offense was done for the purpose of private financial gain?

1

2

3

4

DATED                                          FOREPERSON

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28