**FILED**

MAY - 9 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HELAMAN HANSEN,<br><br>Defendant. | No. 2:16-cr-00024-MCE<br><br>**VERDICT FORM** |

We, the jury, unanimously, find the Defendant, HELAMAN HANSEN, as follows:

**AS TO COUNT 1:**

GUILTY     NOT GUILTY

✓ _____  _____

of Count 1, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Vasiti Nailati Morrill mailed on or about July 7, 2014.

**AS TO COUNT 2:**

GUILTY     NOT GUILTY

✓ _____  _____

of Count 2, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Epeli Q. Vosa mailed on or about July 10, 2014.

## AS TO COUNT 3:

GUILTY      NOT GUILTY

✓ _____

of Count 3, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Maraia Endo mailed on or about September 2, 2014.

## AS TO COUNT 4:

GUILTY      NOT GUILTY

✓ _____

of Count 4, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the AHA Migration Program Application of Henrietta Ane Matakitoga mailed on or about September 3, 2014.

## AS TO COUNT 5:

GUILTY      NOT GUILTY

✓ _____

of Count 5, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Mana E. Nailati mailed on or about December 19, 2014.

## AS TO COUNT 6:

GUILTY      NOT GUILTY

✓ _____

of Count 6, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Gabriela Gonzalez Sevier mailed on or about April 22, 2015.

## AS TO COUNT 7:

GUILTY      NOT GUILTY

✓ _____

of Count 7, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the I-TIN of Amete Bai Eberly mailed on or about May 19, 2015.

**AS TO COUNT 8:**

GUILTY      NOT GUILTY

✓      _____

of Count 8, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the I-TIN of Vasiti Nailati Morrill mailed on or about June 22, 2015.

**AS TO COUNT 9:**

GUILTY      NOT GUILTY

✓      _____

of Count 9, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Vikram Coutinho mailed on or about July 7, 2015.

**AS TO COUNT 11:**

GUILTY      NOT GUILTY

✓      _____

of Count 11, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the I-TIN of Kinsimere Ranadi Morrill mailed on or about July 21, 2015.

**AS TO COUNT 12:**

GUILTY      NOT GUILTY

✓      _____

of Count 12, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the I-TIN of Emerson Rivas Sevier mailed on or about December 3, 2015.

**AS TO COUNT 13:**

GUILTY      NOT GUILTY

✓      _____

of Count 13, Mail Fraud, in violation of Title 18, United States Code, Section 1341, regarding the Delayed Registration of Birth of Sam Tukana Dias mailed on or about August 4, 2016.

**AS TO COUNT 14:**

GUILTY      NOT GUILTY

____✓____    _____

of Count 14, Wire Fraud, in violation of Title 18, United States Code, Section 1343, regarding an electronic transfer, via Fedwire, of approximately $1,100 from a Bank of America account on behalf of Pamela Vunlileva, to a Chase Bank account controlled by Americans Helping America, on or about June 3, 2013.

**AS TO COUNT 15:**

GUILTY      NOT GUILTY

____✓____    _____

of Count 15, Wire Fraud, in violation of Title 18, United States Code, Section 1343, regarding an email from Henrietta Matakitoga Avoi delivering proof of payment for her Migration Program membership, sent from Washington to Native Hawaiians Pacific Islanders, in Sacramento, California, on or about September 3, 2014.

**AS TO COUNT 16:**

GUILTY      NOT GUILTY

____✓____    _____

of Count 16, Wire Fraud, in violation of Title 18, United States Code, Section 1341, regarding the electronic transfer, via Fedwire, of approximately $3,500 from a Bank of America account on behalf of Sachin Salian, to a Chase Bank account controlled by Americans Helping America, on or about June 4, 2015.

4

**AS TO COUNT 17:**

| GUILTY | NOT GUILTY |
|--------|------------|
| ✓ | |

of Count 17, Encouraging and Inducing Illegal Immigration, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv), regarding Epeli Q. Vosa, between on or about January 19, 2014 and July 18, 2014.

| YES | NO |
|-----|-----|
| ✓ | |

If you found the defendant guilty of Count 17, do you find beyond a reasonable doubt that the offense was done for the purpose of private financial gain?

**AS TO COUNT 18:**

| GUILTY | NOT GUILTY |
|--------|------------|
| ✓ | |

of Count 18, Encouraging and Inducing Illegal Immigration, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv), regarding Mana E. Nailati, between on or about August 10, 2014 and February 9, 2015.

| YES | NO |
|-----|-----|
| ✓ | |

If you found the defendant guilty of Count 18, do you find beyond a reasonable doubt that the offense was done for the purpose of private financial gain?

DATED: 5/9/2017

_____
JURY FOREPERSON