PHILLIP A. TALBERT
United States Attorney
ANDRÉ M. ESPINOSA
KATHERINE T. LYDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00024-MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING THE DUE DATE FOR THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COUNTS 17 AND 18 OF THE INDICTMENT TO NOVEMBER 30, 2017** |
| v. | |
| HELAMAN HANSEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the parties and their respective counsel, Assistant United States Attorneys André M. Espinosa and Katherine T. Lydon on behalf the United States of America, and Timothy Zindel and Sean Riordan ("Defense Counsel"), attorney for defendant Helaman Hansen ("Defendant"), as follows:

1.   After a jury trial, Defendant was convicted on May 9, 2017, of twelve counts of mail fraud (18 U.S.C. § 1341) ("Counts 1-9 and 11-13"), three counts of wire fraud (18 U.S.C. § 1343) ("Counts 14 through 16"), and two counts of encouraging and inducing illegal immigration for private financial gain (8 U.S.C. § 1324(a)(1)(A)(iv)) ("Counts 17 and 18").

2.   After continuances from the original date, sentencing is scheduled for December 14, 2017.

3.   On November 9, 2017, Defendant filed a Motion to Dismiss Counts 17 and 18 of the Indictment. The motion is scheduled to be heard on December 14, 2017. See Dkt. #165.

4.   Defendant's motion raises a unique constitutional challenge to 8 U.S.C. § 1324, which

Stipulation & Order

1

was originally identified, sua sponte, by a panel of the United States Court of Appeals for the Ninth Circuit in United States v. Evelyn Sineneng-Smith, No. 15-10614. That panel requested supplemental briefing on the issue from outside advocacy organizations and, in their discretion, the parties. See United States v. Evelyn Sineneng-Smith, No. 15-10614 at Order Filed September 18, 2017. Several such briefs were filed on or about October 18, 2017. See generally United States v. Evelyn Sineneng-Smith, No. 15-10614. The panel granted the government's motion to file a responsive brief on November 22, 2017. Id.

5. The parties hereby stipulate and agree that counsel for the government requires additional time to prepare written opposition to Defendant's Motion to Dismiss Counts 17 and 18 of the Indictment. The parties further stipulate and agree that such additional time is warranted by the unique nature of the constitutional challenge at issues, which appears to be one of first impression in the Ninth Circuit and other Circuits, and because of the upcoming Thanksgiving holiday.

6. Through this stipulation, the government now moves to continue the date upon which it must file an opposition to Defendant's Motion to Dismiss to Counts 17 and 18 of the Indictment to November 30, 2017.

7. Defense Counsel does not object to this request.

8. Accordingly, the parties further agree and stipulate, and request that the Court order the government to file any opposition to Defendant's Motion to Dismiss to Counts 17 and 18 of the Indictment on or before November 30, 2017.

**IT IS SO STIPULATED.**

Dated: November 17, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
KATHERINE T. LYDON
Assistant United States Attorney

Dated: November 17, 2017

/s/ *Timothy Zindel*

Timothy Zindel
Sean Riordan
Counsel for Defendant

**ORDER**

For good cause shown, the stipulation of counsel in criminal case number 2:16-cr-0024-MCE is approved, and the government shall file any opposition to Defendant's Motion to Dismiss Counts 17 and 18 of the Indictment (Dkt. #165) on or before November 30, 2017.

IT IS SO ORDERED.

Dated: November 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation & Order