1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, # 158377
   Assistant Federal Defender
3  CAROLYN M. WIGGIN, # 182732
   Assistant Federal Defender
4  801 I Street, 3rd Floor
   Sacramento, CA  95814
5  Tel: 916-498-5700
   Fax: 916-498-5710
6
7  Attorneys for Defendant
   HELAMAN HANSEN
8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:16-CR-00024-MCE |
|---|---|---|
| Plaintiff, | ) | **DEFENDANT'S CONSENT TO APPEAR VIA VIDEO-TELECONFERENCE** |
| vs. | ) | |
| HELAMAN HANSEN, | ) | Initial Appearance Date:   July 23, 2020 |
| Defendant. | ) | Time:  10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

Under CARES Act § 15002(b) and General Order No. 620, defendant HELAMAN HANSEN, by and through his counsel of record, consents to proceed with his Initial Appearance on the Pretrial Violation Petition by video-teleconference.  Counsel has advised Mr. Hansen of his right to appear in person for this hearing, as well as of his ability to waive his personal appearance and appear via video-teleconference.  Mr. Hansen waives his right to personally appear at his status conference hearing on July 23, 2020, and instead consents to appearance by video teleconference.

Pursuant to Gen. Order No. 616, counsel for Mr. Hansen signs this waiver on his behalf.

Dated: July 20, 2020

/s/ Helaman Hansen
HELAMAN HANSEN

I agree and consent to my Client's appearance by video-teleconference.

Dated:  July 20, 2020

 /s/ Carolyn M. Wiggin
CAROLYN M. WIGGIN
Assistant Federal Defender

Attorney for Defendant
HELAMAN HANSEN

IT IS SO ORDERED.

Dated:  July 28, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE