HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, # 158377
Assistant Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:16-CR-0024 MCE |
| Plaintiff, | STIPULATION AMENDING CONDITIONS OF BAIL PENDING APPEAL PURSUANT TO 18 U.S.C. § 3143(B) |
| v. | |
| HELAMAN HANSEN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Helaman Hansen ("Hansen"), by and through his counsel of record, hereby stipulate and agree as follows:

1. On May 20, 2020, this Court issued an order allowing Mr. Hansen to be released from the custody of the Federal Bureau of Prisons to supervision by the United States Pretrial Services Office pursuant to 18 U.S.C. § 3143(b) during the pendency of his appeal of his conviction and sentence in this matter.  Docket No. 208.

2. The May 20, 2020 order included, among other conditions, that Mr. Hansen comply with special release conditions including:

    1. Hansen shall submit to supervision by the United States Pretrial Services and comply with all of the below conditions and all those

special conditions set forth in Exhibit 2 to this Order.  Docket No. 208, p. 7.

    4.    Hansen shall submit to home incarceration at a residence approved by the supervising officer and seek advance approval from the supervising officer or the Court for any travel outside the approved residence Docket No. 208, p. 7.

Exhibit 2, Special Conditions of Release, appended to the order included, among other conditions,

    3.  You must reside at a location approved by the supervising officer and not move or absent yourself from this residence without the prior approval of the supervising officer or the Court.  Docket No. 208, p. 10.

    20. <u>HOME INCARCERATION</u>: You must remain inside your residence at all times except for medical needs or treatment; religious services; and court appearances pre-approved by the pretrial services officer.  Docket No. 208, p. 11.

    3.    Since Mr. Hansen's May, 2020, release to the supervision of the United States Pretrial Services Office, Mr. Hansen has come under the care of a doctor who recommends that he get exercise daily.   In addition, the safety of the public can be protected by a strict curfew allowing Mr. Hansen to leave his house every day between 10:00 a.m. and 1:00 p.m. without seeking pre-approval of his Pretrial Services Officer.

    4.    The parties agree to the following amendment to Mr. Hansen's Pretrial Services Release Conditions:

A. Condition 4 set forth at Docket No. 208, p. 7, is amended as follows: Hansen shall ~~submit to home incarceration~~ <u>reside</u> at a residence approved by the supervising officer and ~~seek advance approval from the supervising officer or the Court for any travel outside the approved residence: You~~ <u>must remain inside</u> ~~your~~ <u>that residence every day from 1:00 PM to 10:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations</u>.

B. Exhibit 2, Special Conditions of Release, is amended as follows:

3. You must reside at a location approved by the supervising officer and ~~not move or absent yourself from this residence without the prior approval of the supervising officer or the Court.~~ <u>you must remain inside your that residence every day from 1:00 PM to 10:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.</u>

20. <u>~~HOME INCARCERATION~~ **CURFEW**</u>: You must remain inside your residence ~~at all times except for medical needs or treatment; religious services; and court appearances pre-approved by the pretrial services officer.~~ <u>from 1:00 PM to 10:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.</u>

A complete set of the new conditions is attached as Exhibit A.

**IT IS SO STIPULATED**.

Dated:  December 21, 2020               MCGREGOR W. SCOTT
                                        United States Attorney


                                         /s/ ANDRÉ M. ESPINOSA
                                        ANDRÉ M. ESPINOSA
                                        KATHERINE T. LYDON
                                        Assistant United States Attorneys


Dated:  December 21, 2020                /s/ CAROLYN WIGGIN
                                        CAROLYN WIGGIN
                                        TIMOTHY ZINDEL
                                        Counsel for Defendant
                                        HELAMAN HANSEN

HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, # 158377
Assistant Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:16-CR-0024 MCE |
|---|---|
| Plaintiff, | ORDER ON THE PARTIES' STIPULATION AMENDING CONDITIONS OF BAIL PENDING APPEAL PURSUANT TO 18 U.S.C. § 3143(B) |
| v. | |
| HELAMAN HANSEN, | |
| Defendant. | |

**FINDINGS AND ORDER**

Pursuant to the parties' stipulation and for good cause shown, the Court finds:

1. Mr. Hansen can get the exercise he needs, and the public safety will not be threatened, if he is subject to a strict curfew allowing him to leave his house every day between 10:00 a.m. and 1:00 p.m. without seeking pre-approval of his Pretrial Services Officer.

2. **Accordingly**, pursuant to the parties' stipulation and for good cause shown, it is hereby **ORDERED** that,

A. Condition 4 set forth at Docket No. 208, p. 7, is amended as follows: Hansen shall ~~submit to home incarceration~~ reside at a residence approved by the supervising officer and ~~seek advance approval from the supervising officer or the Court for any travel outside the~~

<div style="padding-left:2em">

~~approved residence: You~~ must remain inside ~~your~~ that residence every day from 1:00 PM to 10:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

    B.  Exhibit 2, Special Conditions of Release, is amended as follows:

3.  You must reside at a location approved by the supervising officer and ~~not move or absent yourself from this residence without the prior approval of the supervising officer or the Court.~~ you must remain inside your that residence every day from 1:00 PM to 10:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

20. ~~HOME INCARCERATION~~ **CURFEW**: You must remain inside your residence ~~at all times except for medical needs or treatment; religious services; and court appearances pre-approved by the pretrial services officer.~~ from 1:00 PM to 10:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

</div>

    A complete set of the new conditions is attached as Exhibit A.

    **IT IS SO ORDERED.**

**Dated:  January 4, 2021**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE