HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, # 158377
Assistant Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>HELAMAN HANSEN,<br><br>      Defendant. | CASE NO.  2:16-CR-0024 MCE<br><br>STIPULATION ALLOWING RELEASE FROM HOME DETENTION TO PARTICIPATE IN FUNERAL ON MAY 24 AND 25, 2021;  ORDER |

**STIPULATION**

  Plaintiff United States of America, by and through its counsel of record, and defendant Helaman Hansen ("Hansen"), by and through his counsel of record, hereby stipulate and agree as follows:

  1.  In order to participate in Mr. Hansen's sister's funeral and related activities, Mr. Hansen may be absent from his residence on May 24, 2021, from 1:00 p.m. to 10:00 p.m., and on May 25, 2021, from 8:00 a.m. to 6:00 p.m.

  **IT IS SO STIPULATED**.

| | | |
|---|---|---|
| Dated: May 21, 2021 | | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | | /s/ KATHERINE LYDON<br>KATHERINE LYDON<br>Assistant United States Attorney |
| Dated: May 21, 2021 | | /s/ CAROLYN WIGGIN<br>CAROLYN WIGGIN<br>TIMOTHY ZINDEL<br>Counsel for Defendant<br>HELAMAN HANSEN |

HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, # 158377
Assistant Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0024 MCE |
|---|---|
| Plaintiff, | ORDER ALLOWING RELEASE FROM HOME DETENTION TO PARTICIPATE IN FUNERAL ON MAY 24 AND 25, 2021; |
| v. | |
| HELAMAN HANSEN, | |
| Defendant. | |

**FINDINGS AND ORDER**

Pursuant to the parties' stipulation and for good cause shown, in order to participate in Mr. Hansen's sister's funeral and related activities, Mr. Hansen may be absent from his residence on May 24, 2021, from 1:00 p.m. to 10:00 p.m., and on May 25, 2021, from 8:00 a.m. to 6:00 p.m.

DATED:  5/25/2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE