
Case 2:16-cr-00024-KJM   Document 222   Filed 12/06/21   Page 1 of 3

HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HELAMAN HANSEN,<br><br>Defendant. | CASE NO.  2:16-CR-0024 MCE<br><br>STIPULATION ALLOWING RELEASE FROM HOME DETENTION TO ATTEND BAPTISM ON DECEMBER 3, 2021; [PROPOSED] ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Helaman Hansen ("Hansen"), by and through his counsel of record, hereby stipulate and agree as follows:

1.  In order to attend his great-granddaughter's baptism, Mr. Hansen may be absent from his residence on December 3, 2021, between 4:00 p.m. and 8:30 p.m.

**IT IS SO STIPULATED**.

Dated:  December 2, 2021                            PHILLIP A. TALBERT
                                                                        Acting United States Attorney


                                                                         /s/ KATHERINE LYDON
                                                                        KATHERINE LYDON
                                                                        Assistant United States Attorney


STIPULATION RE RELEASE TO PARTICIPATE IN BAPTISM; ORDER

1

Dated:  December 2, 2021 /s/ CAROLYN WIGGIN

CAROLYN WIGGIN
Counsel for Defendant
HELAMAN HANSEN

HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>HELAMAN HANSEN,<br><br>             Defendant. | CASE NO.  2:16-CR-0024 MCE<br><br>ORDER ALLOWING RELEASE FROM HOME DETENTION TO ATTEND BAPTISM ON DECEMBER 3, 2021 |

**FINDINGS AND ORDER**

Pursuant to the parties' stipulation and for good cause shown, in order to attend his granddaughter's baptism, Mr. Hansen may be absent from his residence on December 3, 2021, between 4:00 p.m. and 8:30 p.m.

**IT IS SO ORDERED** this 3rd day of December, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE