HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>         v.<br><br>HELAMAN HANSEN,<br><br>                               Defendant. | CASE NO.  2:16-CR-0024 KJM<br><br>STIPULATION ALLOWING RELEASE FROM HOME DETENTION ON DECEMBER 23, 24, 29, AND 30, 2021; ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Helaman Hansen ("Hansen"), by and through his counsel of record, hereby stipulate and agree as follows:

1.     Mr. Hansen may be absent from his residence on December 23, 24, 29, and 30, 2021, between the hours of 1:00 PM and 4:00 PM.

**IT IS SO STIPULATED**.

STIPULATION RE RELEASE; ORDER

1

| | |
|---|---|
| Dated:  December 22, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ KATHERINE LYDON<br>KATHERINE LYDON<br>Assistant United States Attorney |
| Dated:  December 22, 2021 | HEATHER E. WILLIAMS<br>Federal Defender |
| | /s/ CAROLYN M. WIGGIN<br>Assistant Federal Defender |
| | COUNSEL FOR DEFENDANT<br>Helaman Hansen |

HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:16-CR-0024 KJM |
|---|---|
| Plaintiff, | ORDER ALLOWING RELEASE FROM HOME DETENTION |
| v. | |
| HELAMAN HANSEN, | |
| Defendant. | |

**FINDINGS AND ORDER**

Pursuant to the parties' stipulation, Mr. Hansen may be absent from his residence on December 23, 24, 29, and 30, 2021, between the hours of 1:00 PM and 4:00 PM.

**IT IS SO ORDERED** this 22nd day of December, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE