HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>          v.<br><br>HELAMAN HANSEN,<br><br>                               Defendant. | CASE NO.  2:16-CR-0024 KJM<br><br>ORDER ALLOWING RELEASE FROM HOME DETENTION |

**FINDINGS AND ORDER**

Pursuant to the parties' stipulation, Mr. Hansen may be absent from his residence from February 4, 2022, through February 16, 2022, between the hours of 9:00 A.M. and 5:00 P.M.

**IT IS SO ORDERED**

Dated:  February 3, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE