HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>HELAMAN HANSEN,<br><br>      Defendant. | CASE NO.  2:16-CR-0024 KJM<br><br>ORDER ALLOWING RELEASE FROM HOME DETENTION |

**FINDINGS AND ORDER**

Pursuant to the parties' stipulation, Mr. Hansen may be absent from his residence from February 24, 2022, through March 10, 2022, between the hours of 10:00 A.M. and 3:00 P.M.

**IT IS SO ORDERED**

Dated:  February 23, 2022

                _____
                CAROLYN K. DELANEY
                UNITED STATES MAGISTRATE JUDGE