HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>HELAMAN HANSEN,<br><br>                    Defendant. | CASE NO.  2:16-CR-0024 KJM<br><br>STIPULATION ALLOWING RELEASE FROM HOME DETENTION FROM 10:00 A.M. TO 8:00 P.M. ON MAY 7, 2022; [~~PROPOSED~~] ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Helaman Hansen ("Hansen"), by and through his counsel of record, hereby stipulate and agree as follows:

1. Mr. Hansen's extended family will be gathering for placement of his late sister's headstone on Saturday, May 7, 2022.  The headstone placement will be followed by a family function. In order to allow Mr. Hansen to participate in this family activity, Mr. Hansen may be absent from his residence on May 7, 2022, between 10:00 A.M. and 8:00 P.M.

**IT IS SO STIPULATED**.

Dated: May 5, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ *HEIKO P. COPPOLA*
HEIKO P. COPPOLA
Assistant United States Attorney

Dated: May 5, 2022

HEATHER E. WILLIAMS
Federal Defender

/s/ *CAROLYN M. WIGGIN*
Assistant Federal Defender

COUNSEL FOR DEFENDANT
Helaman Hansen

HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>          v.<br><br>HELAMAN HANSEN,<br><br>                   Defendant. | CASE NO.  2:16-CR-0024 KJM<br><br>[~~PROPOSED~~] ORDER ALLOWING RELEASE FROM HOME DETENTION |
|---|---|

**[~~PROPOSED~~] FINDINGS AND ORDER**

Pursuant to the parties' stipulation, Mr. Hansen may be absent from his residence on May 7, 2022, between 10:00 A.M. and 8:00 P.M..

**IT IS SO ORDERED** this 5th day of May, 2022.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE