HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          v.<br><br>HELAMAN HANSEN,<br><br>                          Defendant. | CASE NO.  2:16-CR-00024 KJM<br><br>STIPULATION AMENDING CONDITIONS OF BAIL PENDING APPEAL PURSUANT TO 18 U.S.C. § 3143(B); ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Helaman Hansen ("Hansen"), by and through his counsel of record, hereby stipulate and agree as follows:

1. On May 20, 2020, this Court issued an order allowing Mr. Hansen to be released from the custody of the Federal Bureau of Prisons to supervision by the United States Pretrial Services Office pursuant to 18 U.S.C. § 3143(b) during the pendency of his appeal of his conviction and sentence in this matter. Docket No. 208.

2. The May 20, 2020 order included, among other conditions, that Mr. Hansen comply with special release conditions including home incarceration that required him to remain inside his home at all times except as pre-approved by his Pretrial Services Officer.

3.     On January 4, 2021, pursuant to the parties' stipulation, this Court issued an order that amended his pretrial release conditions to allow him to leave his home from 10:00 a.m. to 1:00 p.m.

1 each day. Docket No. 216.

2     4.    Mr. Hansen seeks ongoing permission to leave his home from 10:00 a.m. to 3:00 p.m. on Tuesdays, Wednesdays, and Thursdays, in addition to the permission he has to leave his home from 10:00 a.m. to 1:00 p.m. on the remaining days of the week. Mr. Hansen would like this extra time to use his local public library for research on topics that interest him. The safety of the public can be protected by a strict curfew allowing Mr. Hansen to leave his house between 10:00 a.m. and 1:00 p.m. on Sundays, Mondays, Fridays, and Saturdays, and 10:00 a.m. to 3:00 p.m. on Tuesdays, Wednesdays, and Thursdays, without seeking pre-approval of his Pretrial Services Officer.

    5.    The parties agree to the following amendment to Mr. Hansen's Pretrial Services Release Conditions:

    A.    Condition 4 as set forth in Docket No. 208, p. 7, and amended as set forth in Docket No. 216, p. 2 is amended as follows:

> Hansen shall reside at a residence approved by the supervising officer and must remain inside that residence ~~every~~ day on Sundays, Mondays, Fridays, and Saturdays from 1:00 PM to 10:00 AM the following day, and on Tuesdays, Wednesdays and Thursdays from 3:00 p.m. to 10:00 AM the following day, or as adjusted by the pretrial services officer for medical, religious services, employment or court ordered obligations.

    B.    Exhibit 2, Special Conditions of Release, as set forth at Docket No. 208, pp. 10-11, and amended as set forth in Docket No. 216, p. 3, is amended as follows:

> 3. You must reside at a location approved by the supervising officer and you must remain inside that residence ~~every day~~ on Sundays, Mondays, Fridays, and Saturdays from 1:00 PM to 10:00 AM the following day, and on Tuesdays, Wednesdays, and Thursdays from 3:00 PM to 10:00 AM the following day, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

> 20. CURFEW: You must remain inside your residence from 1:00 PM to 10:00 AM the following day on Sundays, Mondays, Fridays, and Saturdays, and from 3:00 PM to 10:00 AM to following day on Tuesdays, Wednesdays, and Thursdays, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

6. Pretrial Services has been consulted and does not object to this proposal.

7. A complete set of the new conditions is attached as Exhibit A.

**IT IS SO STIPULATED**.

Dated: June 29, 2022  PHILLIP A. TALBERT
United States Attorney

/s/ *Heiko P. Coppola*
Heiko P. Coppola
Assistant United States Attorney

Dated: June 29, 2022  HEATHER E. WILLIAMS
Federal Defender

*/s/ Carolyn M. Wiggin*
CAROLYN M. WIGGIN
Assistant Federal Defender

COUNSEL FOR DEFENDANT
Helaman Hansen

STIPULATION RE AMENDMENT TO RELEASE
CONDITIONS; [PROPOSED] ORDER

3

HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>HELAMAN HANSEN,<br><br>              Defendant. | CASE NO.  2:16-CR-0024 KJM<br><br>**ORDER ALLOWING RELEASE FROM HOME DETENTION** |

**FINDINGS AND ORDER**

Pursuant to the parties' stipulation, Mr. Hansen's conditions of supervised release are amended as follows:

A.     Condition 4 as set forth in Docket No. 208, p. 7, and amended as set forth in Docket No. 216, p. 2 is amended as follows:

   Hansen shall reside at a residence approved by the supervising officer and must remain inside that residence ~~every~~ day on Sundays, Mondays, Fridays, and Saturdays from 1:00 PM to 10:00 AM the following day, and on Tuesdays, Wednesdays and Thursdays from 3:00 p.m. to 10:00 AM the following day, or as adjusted by the pretrial services officer for medical, religious services, employment or court ordered obligations.

B.     Exhibit 2, Special Conditions of Release, as set forth at Docket No. 208, pp. 10-11, and

amended as set forth in Docket No. 216, p. 3, is amended as follows:

    3. You must reside at a location approved by the supervising officer and you must remain inside that residence ~~every day~~ <u>on Sundays, Mondays, Fridays, and Saturdays</u> from 1:00 PM to 10:00 AM <u>the following day, and on Tuesdays, Wednesdays, and Thursdays from 3:00 PM to 10:00 AM the following day</u>, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

    20. CURFEW: You must remain inside your residence from 1:00 PM to 10:00 AM <u>the following day on Sundays, Mondays, Fridays, and Saturdays, and from 3:00 PM to 10:00 AM to following day on Tuesdays, Wednesdays, and Thursdays</u>, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

A complete set of the new conditions is attached as Exhibit A.

**IT IS SO ORDERED.**

Dated: 7/1/2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

# Exhibit A

**AMENDED CONDITIONS OF RELEASE**

**Re: Hansen, Helaman**

**No.: 2:16-CR-0024 MCE**

**Date: June 29, 2022**

1. Hansen shall submit to supervision by the United States Pretrial Services and comply with all of the below conditions and all those special conditions set forth in Exhibit 2 to this Order;

2. Hansen shall surrender to the United States any passports he may possess that he has not yet surrendered and he shall not seek a new United States or Australian passport, or a passport or travel documents issued by any other country;

3. Hansen shall not travel outside of the geographic boundaries of the Eastern District of California under any circumstances;

4. Hansen shall reside at a residence approved by the supervising officer and must remain inside that residence every day on Sundays, Mondays, Fridays, and Saturdays from 1:00 PM to 10:00 AM the following day, and on Tuesdays, Wednesdays and Thursdays from 3:00 p.m. to 10:00 AM the following day, or as adjusted by the pretrial services officer for medical, religious services, employment or court ordered obligations.

5. Hansen shall execute an unsecured appearance bond in the amount of $50,000 before his release from custody;

6. Hansen shall, following his release from custody, complete a 14-day quarantine period at the residence approved by the supervising officer. During this 14-day quarantine period, Hansen shall reside in that residence at all times except for medical needs pre-approved by the supervising officer.

7. Hansen shall, upon completion of the 14-day quarantine period, attempt to obtain a COVID-19 test with a medical provider at a location approved by supervising officer and shall report the results of that COVID-19 test to his supervising officer immediately upon receipt.

8. Hansen shall, upon completion of the 14-day quarantine period and after he has submitted a negative Covid-19 test result to the supervising officer, participate in the location monitoring program as described in more detail in Exhibit 2; and it is further ORDERED that, the United States shall, within

two weeks of the issuance of a decision by the Ninth Circuit affirming Hansen's conviction, submit a proposed order providing for a date no more than 30 days thereafter for Hansen to self-surrender back into the custody of the Bureau of Prisons to serve the remainder of his sentence.

**AMENDED SPECIAL CONDITIONS OF RELEASE**

**Re: Hansen, Helaman**

**No.: 2:16-CR-0024 MCE**

**Date: June 29, 2022**

1. You must report to and comply with the rules and regulations of the United States Pretrial Services Office.

2. You must report to Pretrial Services as directed on the first working day following your release from custody.

3. You must reside at a location approved by the supervising officer and you must remain inside that residence every day on Sundays, Mondays, Fridays, and Saturdays from 1:00 PM to 10:00 AM the following day, and on Tuesdays, Wednesdays, and Thursdays from 3:00 PM to 10:00 AM the following day, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

4. You must cooperate in the collection of a DNA sample.

5. You must not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control.

6. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify the supervising officer immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used.

7. You must report any contact with law enforcement to your supervising officer within 24 hours.

8. You must not facilitate, encourage, participate in, or otherwise have any involvement in the

acceptance of money or other things of value in exchange for immigration advice of any kind, including, but not limited to adult adoptions in pursuit of citizenship, obtaining U visas, or obtaining other types of visas.

9. You must not facilitate, encourage, participate in, or otherwise provide advice of any kind about adult adoption in any jurisdiction.

10. You must have no direct or indirect contact whatsoever with victims of AHA's Migration Program, including any adoptive parents of those victims or others involved in the facts that formed the basis of the charges for which you were tried and convicted in 2017.

11. You must have no direct or indirect contact whatsoever with any witness against you who testified at the 2017 criminal trial resulting in your conviction of fraud other offenses.

12. You must not post any video to any YouTube page, any social media website, or any other publicly available Internet website.

13. You must not re-launch any website or other media promotion of AHA or any AHA affiliate organizations over which you had control.

14. You must not post anything to the Internet or use email to communicate except to communicate with your defense team and family or unless otherwise expressly approved by your pretrial services officer after consultation with counsel for the United States.

15. You must not instruct or encourage any person, including any former or current agent or employees of AHA or any of AHA's affiliate entities, to engage in conduct you are prohibited from engaging in by conditions 8-14.

16. You must report to your supervising officer any financial transactions greater than $100 in which you engage or direct other to engage on your behalf, other than routine payments of monthly living expenses including mortgage, rent, grocery, and similar payments.

17. Following your release from custody, you must complete a 14-day quarantine period at your family residence. During this 14-day quarantine period, you must remain in your residence at all times except for medical needs preapproved by the Pretrial Services Officer. You must comply with any and all telephonic and virtual (video) reporting instructions given to you by the Pretrial ervices office.

18. Following the 14-day quarantine period, you must attempt to obtain a COVID-19 test with a

medical provider at a location approved by the Pretrial Services Officer, and you must report the results of your COVID-19 test to Pretrial Services immediately upon receipt.

19. Upon completion of the 14-day quarantine period and after you have submitted a negative COVID-19 test result to Pretrial Services, you must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services office.

20. CURFEW: You must remain inside your residence from 1:00 PM to 10:00 AM the following day on Sundays, Mondays, Fridays, and Saturdays, and from 3:00 PM to 10:00 AM to following day on Tuesdays, Wednesdays, and Thursdays, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.