HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>            v.<br><br>HELAMAN HANSEN,<br><br>                          Defendant. | CASE NO.  2:16-CR-0024 KJM<br><br>STIPULATION FOR EXTENDED CURFEW FOR SEPTEMBER 19-23, 2022; [PROPOSED] ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Helaman Hansen ("Hansen"), by and through his counsel of record, hereby stipulate and agree as follows:

1.  Mr. Hansen has been asked by his treating physician to complete various lab work and medical tests.  Mr. Hansen will try to complete these tests from the week of September 19-23, 2022.  In order to give him extra time to complete these tests, Mr. Hansen may be absent from his residence from 10:00 a.m. to 8:00 p.m. on September 19-23, 2022.

**IT IS SO STIPULATED**.

| | |
|---|---|
| Dated: September 13, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ *Katherine T. Lydon*<br>Katherine T. Lydon<br>Assistant United States Attorney |
| Dated: September 13, 2022 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>/s/ *Carolyn M. Wiggin*<br>Assistant Federal Defender<br><br>COUNSEL FOR DEFENDANT<br>Helaman Hansen |

HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:16-CR-0024 KJM |
|---|---|
| Plaintiff, | ORDER ALLOWING RELEASE FROM HOME DETENTION |
| v. | |
| HELAMAN HANSEN, | |
| Defendant. | |

**FINDINGS AND ORDER**

Pursuant to the parties' stipulation, Mr. Hansen may be absent from his residence from 10:00 a.m. to 8:00 p.m. on September 19-23, 2022.

**IT IS SO ORDERED**.

Dated:  September 13, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE