**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

> **FILED**
> October 17, 2022
> CLERK, US DSITRICT COURT
> EASTERN DISTRICT OF
> CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HELAMAN HANSEN,<br><br>　　　　　Defendant. | Case No. 2:16-CR-00024-MCE-DB<br><br>**DETENTION ORDER** |

[X] After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court finds:

　　[ ] there is probable cause to believe the person has committed a federal, state or local crime while on release and defendant has not rebutted the presumption that his release will endanger another or the community or

　　[X] there is clear and convincing evidence that the defendant violated another condition of release and

　　[X] based on the factors set forth in 18 U.S.C. § 3142(g) there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community or

　　[X] the person is unlikely to abide by any condition or combination of conditions of release.  F.R.Cr.P. 32.1(a)(D), 46(c), 18 U.S.C. § 3148.

[ ] After a hearing pursuant to F.R.Cr.P. 32.1(a)(6) and 46(c) and 18 U.S.C. § 3143 (violation of probation or supervised release) the court finds there is probable cause to believe defendant has violated a condition of probation or supervised release and the defendant has not met his burden of establishing by clear and convincing evidence that he will not flee or pose a danger to another person or to the community. 18 U.S.C. § 3143.

　　IT IS ORDERED the previously imposed terms of pretrial release are revoked and the defendant is ordered detained forthwith. The defendant is ordered to self-surrender on or before 12:00 p.m., on October 18, 2022, to the custody of the United States Marshal Service located in the Eastern District of California. The defendant is further ordered to remain in custody pending appeal.

DATE: October 17, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE