UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-cr-00024-MCE-DB |
| Plaintiff, | |
| v. | **ORDER** |
| HELAMAN HANSEN, | |
| Defendant. | |

In light of the Defendant's medical emergency, the Court's October 17, 2022, Detention Order (ECF No. 259) is STAYED. The United States Pretrial Services Officer is ordered to update the courtroom deputy on or before October 28, 2022, as to the Defendant's health status.

DATED: October 18, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1