HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorneys for Defendant-Movant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  HELAMAN HANSEN,  *Defendant-Movant.* | No. 2:16-CR-0024 MCE  **ORDER SEALING DOCUMENTS**  JUDGE:  Hon. Morrison C. England, Jr. |

For the reasons set forth in the parties' Joint Request to Seal, the Court hereby orders the Joint Status Report and the attached exhibit H SEALED under further order of the Court. *See Abbey v. Hawaii Employers Mut. Ins. Co. (HEMIC)*, 760 F. Supp. 2d 1005, 1013 (D. Haw. 2010) ("The need to protect medical privacy qualifies as a 'compelling reason' that overcomes the presumption of public access to judicial records.")

IT IS SO ORDERED.

Dated:  March 10, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Hansen – Sealing Order