1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   RACHELLE BARBOUR, #185395
    Assistant Federal Defender
3   CAROLYN M. WIGGIN, Bar #182732
    Assistant Federal Defender
4   801 I Street, 3rd Floor
    Sacramento, California  95814
5   Telephone: (916) 498-5700

6

7   Attorneys for Defendant-Movant
    HELAMAN HANSEN
8

9               IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          )   No. 2:16-CR-0024 MCE
                                       )
13              *Plaintiff,*           )
                                       )
14      vs.                            )   **ORDER SEALING DOCUMENTS**
                                       )
15  HELAMAN HANSEN,                    )   JUDGE:  Hon. Morrison C. England, Jr.
                                       )
16              *Defendant-Movant.*    )
                                       )
17                                     )
                                       )
18  _____)

19          For the reasons set forth in the parties' Joint Request to Seal, the Court hereby orders the

20  Joint Status Report and Exhibits P, Q, and R SEALED under further order of the Court.  *See*

21  *Abbey v. Hawaii Employers Mut. Ins. Co. (HEMIC)*, 760 F. Supp. 2d 1005, 1013 (D. Haw. 2010)

22  ("The need to protect medical privacy qualifies as a 'compelling reason' that overcomes the

23  presumption of public access to judicial records.")

24          IT IS SO ORDERED.

25

26  Dated:  November 13, 2023

27

28                                     _____
                                       MORRISON C. ENGLAND, JR.
                                       SENIOR UNITED STATES DISTRICT JUDGE

Hansen – Sealing Order