HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorneys for Defendant-Movant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-CR-0024 MCE |
| Plaintiff, | |
| vs. | **ORDER SEALING DOCUMENTS** |
| HELAMAN HANSEN, | JUDGE:  Hon. Morrison C. England, Jr. |
| Defendant-Movant. | |

For the reasons set forth in the parties' Joint Request to Seal, the Court hereby orders the Joint Status Report and Exhibits S, T, U, V, W, X, and Y SEALED under further order of the Court. *See Abbey v. Hawaii Employers Mut. Ins. Co. (HEMIC)*, 760 F. Supp. 2d 1005, 1013 (D. Haw. 2010) ("The need to protect medical privacy qualifies as a 'compelling reason' that overcomes the presumption of public access to judicial records.")

Dated:  February 1, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE