HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR #
Assistant Federal Defender
CAROLYN WIGGIN #
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-5700 Fax (916) 498-5710
carolyn_wiggin@fd.org

Attorney for Defendant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>HELAMAN HANSEN,<br>Defendant, | Case No. 2:16-cr-00024-MCE-DB<br><br>REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, HELAMAN HANSEN, hereby waives the right to be present in person in open court or by video teleconference for all non-substantive proceedings in this case.

Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver, and agrees that his interests will be represented at all times by the presence of his attorney, the same as if the defendant were personally present. The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and dates under that Act without the defendant's personal presence.

//

Dated: April 17, 2024

s/ Helaman Hansen
HELAMAN HANSEN
Defendant
(original signature on file with defense counsel)

Dated: April 17, 2024

HEATHER E. WILLIAMS
Federal Defender

/s/ Carolyn M. Wiggin
CAROLYN M. WIGGIN
RACHELLE BARBOUR
Assistant Federal Defenders
Attorney for Defendant

IT IS SO ORDERED.

Dated: April 23, 2024

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE