UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HELAMAN HANSEN,<br><br>Defendant. | No.  2:16-CR-00024-MCE-DB-1<br><br><br><br>**ORDER** |

At the request of the Government at the April 25, 2024 hearing before this Court, and now having received the mandate of the Ninth Circuit Court of Appeals (ECF No. 297), Counts 17 and 18 of the indictment are hereby DISMISSED.

IT IS SO ORDERED.

Dated:  May 1, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE