UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HELAMAN HANSEN,<br><br>Defendant. | No. 2:16-CR-00024-MCE-DB-1<br><br><br><br>**ORDER** |

Pursuant to Federal Rule of Criminal Procedure 35(a), the sentence imposed on Defendant Helaman Hansen on August 22, 2024, is hereby CORRECTED as follows:

1. The thirty-six (36) month terms of supervised release imposed on Counts 1 and 2 shall run concurrently to one another for a total term of thirty-six (36) months. See 18 U.S.C. § 3624(e).
2. The condition of home detention shall also be imposed for the thirty-six (36) months that Defendant is on supervised release.
3. Defendant is ordered to pay a special assessment of $1,500, payment to begin immediately.

IT IS SO ORDERED.

Dated: August 30, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1