HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
HELAMAN HANSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00024-DJC-1 |
| Plaintiff, | **SEALING ORDER** |
| vs. | JUDGE: Hon. Daniel J. Calabretta |
| HELAMAN HANSEN, | |
| Defendant-Movant. | |

IT IS HEREBY ORDERED that the Request to Seal Exhibit A to Defendant-Movant's Motion for Early Termination of Supervised Release be granted so that medical information is not available on the public docket. The Request and its Exhibit A are to be provided to the Court and Assistant United States Attorney assigned to the case.

These documents shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**


Dated: December 12, 2025              /s/ Daniel J. Calabretta
                                      THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE

Hansen: Sealing Order